UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:93-CV-41(FL)
(Original Case No. 93-41-CIV-2-D)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO RENEW |
| | ) | JUDGMENT LIEN |
| BRAINARD LEE ACKLEY, | ) | |
| Defendant. | ) | |

UPON MOTION by the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, for the renewal of the judgment lien in the above captioned action, recorded in Dare County, North Carolina (93M926 at Page 24) on November 5, 1993, pursuant to 28 U.S.C. § 3201(c)(2) and prior to the expiration of the twenty year lien period; the court hereby GRANTS this motion and ORDERS renewal of the judgment lien in this action. The Clerk of Superior Court for Dare County is directed to make notation upon the original judgment book entry that this lien is extended for another twenty year period.

SO ORDERED, this  18th  day of         November        , 2013.

_____
United States District Judge